```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

JOE L. PARSONS,

       Plaintiff,

vs.                                       Case No. 3:06-cv-679-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

_____

## **O R D E R**

This cause is before the Court on the Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Doc. #25; Motion), filed on October 18, 2007. It is represented Defendant has "no objections to the filing of this motion[.]" Motion at 1; *see also id.* at [externally numbered] 5.

The Motion requests the Court to award $3,255.21 in attorney fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at [externally numbered] 4. Counsel expended 20.03 hours in representing Plaintiff before the Court in 2006 and 2007. *See id.*; Affidavit of Attorney's Time, attached to the Motion, at [externally numbered] 8-9. Hourly rates, adjusted for inflation, of $160.61 for 2006 and $163.72 for 2007 are sought. Motion at

[externally numbered] 4-5; *cf.* 28 U.S.C. § 2412(d)(2)(A) (permitting adjustment for increase in cost of living).

Having reviewed the Motion and case file herein, the Court finds Mr. Parsons satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Further, it is found he may reasonably be awarded $3,255.21 in attorney fees.

Accordingly, the Motion (Doc. #25) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,255.21.

**DONE AND ORDERED** at Jacksonville, Florida, this 24th day of October, 2007.

/s/            Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     pro se parties, if any